˙t of Health & Human Services
ˈedicare & Medicaid Services
., Suite. 4T20
˷eorgia 30303-8909



November 10, 2005

Alma Jones, Administrator
Gadsden Community Hospital
23186 Blue Star Highway
Quincy, FL 32351

Medicare Provider # 10-1306

Dear Ms. Jones:

A critical access hospital (CAH) must meet all of the pertinent provisions of Section 1820 of Title XVIII of the Social Security Act and be in compliance with each of the Conditions of Participation (42 CFR 485 Subpart F) in order to participate in the Medicare/Medicaid programs. As stated in our correspondence to you of November 2, 2005, Section 1865 of the Social Security Act and pursuant regulations provide that a hospital accredited by the Joint Commission on Accreditation of Healthcare Organizations (JCAHO) will be "deemed" to meet all Medicare health and safety requirements. Section 1864 of "The Act" requires the Secretary of Health and Human Services to authorize a survey of an accredited hospital participating in Medicare if there are allegations of serious deficiencies, which if found to be true would adversely affect patient health and safety. If the hospital is found to have significant deficiencies and therefore fails to comply with the Conditions of Participation, we are required to keep the hospital under State Agency monitoring until there is full compliance with all of the Medicare Conditions of Participation.

During the "substantial allegation survey" (partial survey) conducted October 21 2005, your hospital was found to be in noncompliance with the following Medicare Condition of Participation:

42 CFR 485.618 – Emergency Services

As a result, a full survey of the remaining Conditions of Participation was conducted. We recently received a report of deficiencies which constituted an immediate and serious threat to patient health and safety identified by the State Survey Agency during the subsequent Medicare survey completed on November 4, 2005. During this survey the following Conditions of Participation were found not met:

42 CFR 485.616 – Agreements
42 CFR 485.623 – Physical Plant & Environment
42 CFR 485.627 – Organizational Structure



**EXHIBIT  H**

Case 4:07-cv-00051-RH-WCS   Document 5-3   Filed 04/12/07   Page 2 of 3

Page 2

42 CFR 485.631 – Staffing and Staff Responsibilities
42 CFR 485.635 – Provision of Services

When a hospital, regardless of its JCAHO accreditation status, is found to be out of compliance with one or more Conditions of Participation, and an immediate or serious threat to patient health and safety is found to exist, a determination must be made by CMS that the facility no longer meets the requirements for participation as a provider of services in the Medicare program. Such a determination has been made in the case of your hospital. Accordingly, the Medicare provider agreement between Gadsden Community Hospital and the Secretary of the Department of Health and Human Services is being terminated. This termination will be effective November 27, 2005.

The Medicare program will not make payment for inpatient hospital services furnished to patients who are admitted after November 27, 2005. For patients admitted prior to the close of November 27, 2005, payment may continue to be made for a maximum of 30 days for inpatient hospital services. You should submit a list of the names and Medicare claim numbers of beneficiaries in your hospital on November 27, 2005 to your Medicare fiscal intermediary to facilitate payment for these individuals.

We will publish a public notice in a local newspaper on or before November 12, 2005. Termination can only be averted by correction of these deficiencies. Should we not hear from you we will assume that the situation has not been corrected. If you have corrected these deficiencies, please contact us immediately. If an acceptable allegation of compliance is received from you, a follow up visit will be conducted prior to November 27, 2005.

If you believe that this termination decision is incorrect, you may request a hearing before an Administrative Law Judge (ALJ) at the Departmental Appeals Board, Department of Health and Human Services. Procedures governing this process are set out in section 42 CFR 498.40, et seq. To be effective, a written request for a hearing must be filed not later than 60 days after the date you receive this letter. Such a request may be made to the following address:

> Ms. Sandra M. Pace
> Associate Regional Administrator
> Centers for Medicare and Medicaid Services
> 61 Forsyth Street, SW, Suite 4T20
> Atlanta, Georgia 30303-8909

We will forward your request to the Departmental Appeals Board. The request for a hearing should state why CMS's decision is considered incorrect, and should be accompanied by any evidence and arguments you may wish to bring to the attention of the Department of Health and Human Services. Evidence and arguments may be presented at the hearing, and you may be represented by legal counsel.

Page 3

If you have any questions, please contact Janetta Booker at (404) 562-7343.

Sincerely,

Janetta Booker

Sandra M. Pace
Associate Regional Administrator
Division of Survey & Certification

Enclosures (CMS-2567)