# ASHFORD HEALTHCARE SYSTEMS, INC

December 1, 2005

Ms. Sandra Pace, Associate Regional Administrator
Centers for Medicare and Medicaid Services
61 Forsyth Street, SW, Suite 4T20
Atlanta, Georgia 30303-8909

**RE:   Medicare Provided #10-1306**

Dear Ms. Pace:

A letter dated November 29, 2005 was mailed to you requesting an extension of the determination to terminate the above provider agreement. Pursuant to our telephone conversation yesterday, Janetta Booker stated that the Medicare Provider agreement has already been terminated. We are hereby requesting a hearing to appeal this decision. There are numerous extenuating circumstances in this case that we are requesting that you consider.

*[handwritten: 05-45011 NDA]*

Please be advised that Ashford Healthcare Systems, Inc. dba: Gadsden Community Hospital filed for Chapter 11 bankruptcy protection in Federal Court in Tallahassee, Florida on November 14, 2005. This was 13 days prior to the termination by CMS of the Medicare Provider agreement.

A copy of the court order by Judge George S. Reynolds, III dated November 21, 2005 was mailed to you with the letter dated November 29, 2005. The Court Order details the events following the AHCA survey on November 4, 2005 through November 21, 2005, including a lock-out of Ashford employees, which were perpetrated by Gadsden County. Ashford Healthcare Sytems, Inc. was allowed limited access to Gadsden Community Hospital as a result of the November 21, 2005 court order. Additionally, a Federal Court hearing was held on Monday November 28, 2005 with Judge Lewis Killian, Federal Bankruptcy Court in Tallahassee, Florida, based on a contempt complaint filed by Ashford Healthcare Systems, Inc. The result was to give Ashford expanded access to the hospital so as to lift the AHCA suspension of its license. Also please note that legal action is now in place involving AHCA and Gadsden County.

In closing, we are requesting a hearing to appeal the termination of the Medicare Provider agreement based on the facts mentioned above. Further documentation to support the facts will be provided upon request. Thank you in advance for your time and consideration in the above matter.

Sincerely,

*[signature: Michael C. Lake by Nancy Lake]*

Michael C. Lake
C.E.O.

P.O Box 1979 Quincy, Florida 32353
Telephone : 850-875-1100    Facsimile : 850-627-4385

**EXHIBIT    I**