

DEPARTMENT OF HEALTH & HUMAN SERVICES

Office of the Secretary

Departmental Appeals Board
Civil Remedies Division, MS 6132
330 Independence Avenue, S.W.
Cohen Building, Room G-644
Washington, D.C. 20201

August 21, 2006

Michael Lake
President, Ashford Healthcare Systems, Inc.
Gadsen Community Hospital
c/o Allen P. Turnage
Post Office Box 15219
Tallahassee, Florida 32317

and

Elizabeth C. Benton, Esq.
Assistant Regional Counsel
DHHS - Region IV
Atlanta Federal Center
61 Forsyth Street, S.W.
Suite 5M60
Atlanta, Georgia 30303-8909

Re: *Gadsden Community Hospital v. Centers for Medicare & Medicaid Services*
Docket No. C-06-125
Decision No. CR1458 (June 8, 2006)\

Counsel:

On August 14, 2006, Petitioner filed a request for extension of time to request that Administrative Law Judge decision be reopened and a request for extension of time to request Departmental Appeals Board review of that decision. Also, a Petition to Intervene from Gadsden County, Florida and Gadsden Hospital, Inc., from Attorneys Sexton and Sunshine was received. Before Judge Kessel responds to these requests, CMS shall have an opportunity to submit a response. That response should be filed, with a copy to Petitioner and to the potential Intervenors, within 20 days of the date of this letter.

In order that CMS may fully respond, I am enclosing a copy to two facsimile cover sheets. The first is dated December 28, 2005 to Paul Sexton, Esq., and which transmitted to Mr. Sexton a copy of Judge Kessel's December 23, 2005 Acknowledgment and Initial Prehearing Order. The second facsimile is dated August 9, 2006 to Douglas Sunshine,

EXHIBIT J

Esq. and that facsimile transmitted to Mr. Sunshine a copy of the June 8, 2005 transmittal letter and Decision No. CR1458.

By Direction of the Administrative Law Judge.

Andrea M. Selzer
Senior Attorney

Enclosures

cc: Paul Sexton, Esq.
Douglas D. Sunshine, Esq.
Williams Wilson & Sexton, P.A.
215 South Monroe Street, Suite 600
Tallahassee, Florida 32301

Carolyn Reines-Graubard, Esq.
Departmental Appeals Board




# FACSIMILE TRANSMITTAL

Date: 12/28/05

To: Paul Sexton

Fax Number: 850 - 224-0099

Phone Number:

From : Andrea Selzer

Phone Number: 202 565-0197

Number of pages (inc. front cover): 11

---

**REMARKS:**

Per your request.

---

**Department of Health and Human Services**

**Civil Remedies Division, MS 6132**
330 Independence Avenue, SW
Room G-644, Cohen Building
Washington, D.C. 20201
**202-565-0226 (FAX)**

---

CIVIL REMEDIES DIVISION




# FACSIMILE TRANSMITTAL

Date: 8/9/06

To: Douglas Sunshine

Fax Number: 850-224-0099 Phone Number: 850-224-3999

From: Andrea Selzer Phone Number: 202 565-0199

Number of pages (inc. front cover): 7

---

**REMARKS:**

Per your request on August 8, 2006

---

**Department of Health and Human Services**

**Civil Remedies Division, MS 6132**
330 Independence Avenue, SW
Room G-644, Cohen Building
Washington, D.C. 20201
**202-565-0225 (FAX)**