

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary

Departmental Appeals Board
Appellate Division, MS 6127
Room G-644, Cohen Building
330 Independence Avenue, SW
Washington, D.C. 20201

RETURN RECEIPT REQUESTED

Michael Lake, President
Ashford Healthcare Systems, Inc.
Gadsden Community Hospital
C/O Allen P. Turnage
Post office Box 15219
Tallahassee, Florida 32317

    and

Elizabeth C. Benton
Assistant Regional Counsel
DHHS - Region IV
Atlanta Federal Center
61 Forsyth St., S.W., Suite 5M60
Atlanta, Georgia 30303-8909

OCT 2 5 2006

       Re:  Gadsden Community Hospital
            v. Centers for Medicare &
            Medicaid Services
           DAB CR1458
           (CR Docket No. C-06-125)
           Appellate Docket No.
           A-06-115

           NOTICE OF CASE CLOSING

Dear Mr. Lake and Ms. Benton:

On August 15, 2006, Presiding Board Member Sheila Ann Hegy granted the request of Petitioner, Gadsden Community Hospital, for a 60-day extension of time until October 13, 2006 to file a request for review in the above-titled case. The Board has not received a request for review

EXHIBIT   K

from Petitioner. Accordingly, the Board is closing this case on its docket.

                    By direction of the Presiding Board Member.

*[signature]*

Carolyn Reines-Graubard
Chief, Appellate Division

cc: Tina Wesson, Senior Paralegal Specialist
    Civil Remedies Division

    Deputy Associate General Counsel
     for Program Integrity

    Charles Fox
    Division of Accounting
    Centers for Medicare & Medicaid Services

    Edgar Davies, Financial Policy Branch
    Centers for Medicare & Medicaid Services
    Center for Medicaid and State Operations